# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHARINA KOLL,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE CO. and RESOURCES GLOBAL PROFESSIONALS LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 2:17-cv-01574-WBS-EFB<br><br>Honorable William B. Shubb<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO ATTEND TELEPHONICALLY HEARING ON PLAINTIFF'S MOTION RE THE CONTENT OF THE ADMINISTRATIVE RECORD**<br><br>[Filed concurrently with Request for Telephonic Appearance]<br><br>Date:    March 19, 2017<br>Time:   1:30 p.m.<br>Crtrm:  5 - 14th Floor - Sacramento<br><br>Complaint Filed:  July 28, 2017<br>Discovery C/O:   February 5, 2018<br>Motion C/O:      March 12, 2018<br>Trial:             May 14, 2018 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[PROPOSED] ORDER ON DEFENDANTS' REQUEST TO ATTEND TELEPHONICALLY HEARING ON PLAINTIFFS' MOTION RE THE CONTENT OF THE ADMINISTRATIVE RECORD
Case No. 2:17-cv-01574-WBS-EFB
301271354v1 1001050

# ORDER

Having considered Defendants Metropolitan Life Insurance Company ("MetLife") and Resources Global Professionals Long Term Disability Plan ("RGP") (collectively, "Defendants") request for permission for its lead counsel to attend telephonically the March 19, 2018 Hearing on Plaintiff's Motion to Determine the Content of the Administrative Record for *De Novo* Review, and for good cause appearing, the Court **ORDERS** as follows:

Defendants' counsel, Misty A. Murray, is not required to personally attend the Hearing scheduled for **March 19, 2018** at 1:30 p.m. in the courtroom of the Honorable William B. Shubb, located at 501 I Street, Courtroom 5 – 14th Floor, Sacramento, California 95814.

Ms. Murray may telephonically appear at the March 19, 2018 Hearing and can be reached at (213) 614-7337. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated: March 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800