Teresa S. Renaker, Cal. Bar No. 187800
Margo Hasselman Greenough, Cal. Bar No. 228529
Kirsten G. Scott, Cal Bar. No. 253464
RENAKER HASSELMAN SCOTT LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CATHARINA KOLL,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE CO. et al.,<br><br>Defendants. | Case No. 2:17-cv-01574-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Catharina Koll and Defendants Metropolitan Life Insurance Company and Resources Global Professionals Long Term Disability Plan, by and through their respective attorneys of record, hereby stipulate that this matter be dismissed with prejudice, with each party to bear its own costs of suit and attorneys' fees.

Respectfully submitted,

Dated: March 28, 2018         RENAKER HASSELMAN SCOTT LLP

By:     */s/ Teresa S. Renaker*
        Teresa S. Renaker
        Attorneys for Plaintiff

| | | |
|---|---|---|
| Dated: March 28, 2018 | | HINSHAW & CULBERTSON LLP |
| | By: | /s/ Misty A. Murray |
| | | Misty A. Murray |
| | | Attorneys for Defendants |

**STATEMENT PER LOCAL RULE 131(e)**

Pursuant to Local Rule 131(e), I state that counsel for Defendant has authorized submission of this document on her behalf.

/s/ Teresa S. Renaker
Teresa S. Renaker

IT IS SO ORDERED.

Dated: March 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE